UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO. 11-mj-0003 CMK

vs.                                         AMENDED ORDER TO PAY

JOHN L. FEASTER

The Defendant, having been found guilty of violating 36 CFR 261.11(e), after entry of a guilty plea thereto, on February 23, 2011, was

ORDERED TO PAY THE FOLLOWING:

    Fine: $ 490.00        Assessment: $ 10.00

Defendant was ordered to pay $50 or more per month beginning April 1, 2011, and continuing monthly until paid in full. Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

Upon application of Defendant, the court shall amend the conditions of payment as follows: Defendants payments shall be due on the **5th day** of each month until the fine and assessment are paid in full.

DATED: December 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE